PEOPLE V TERRANCE HALL, No. 137732. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285605.

PEOPLE V CARLOS DAVIS, No. 137733. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286764.

PEOPLE V MALDONADO-ZAPON, No. 137746. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286699.

PEOPLE V LOPEZ, No. 137758; Court of Appeals No. 287412.

HESSELL V SOCIER, No. 137763; Court of Appeals No. 276642.

PEOPLE V GREGORY YOUNG, No. 137766; Court of Appeals No. 286840.

PEOPLE V UPSHAW, No. 137776; Court of Appeals No. 287840.

PEOPLE V ECCKLES, No. 137789; Court of Appeals No. 287976.

PEOPLE V VANDENBOSCH, No. 137792; Court of Appeals No. 287960.

RODRIGUEZ V FARMERS INSURANCE EXCHANGE, No. 137795; Court of Appeals No. 285270.

PEOPLE V MARK MURRAY, No. 137798. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286276.

PEOPLE V ROACH, No. 137799; Court of Appeals No. 278791.

PEOPLE V FEAGIN, No. 137809. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285449.

SHIELDS V MCLACHLAN, No. 137815; Court of Appeals No. 286381.

PEOPLE V BARNES, No. 137820; Court of Appeals No. 287616.

PEOPLE V DUFRESNE, No. 137830; Court of Appeals No. 273407.

PEOPLE V MOORER, No. 137831; Court of Appeals No. 281029.

PEOPLE V BEATHEA, No. 137841; Court of Appeals No. 278568.

PEOPLE V ANTHONY DEVARO JONES, No. 137858; Court of Appeals No. 277854.

PEOPLE V BRIDGES, No. 137867; Court of Appeals No. 277758.

PEOPLE V MICHAEL THOMPSON, No. 137873; Court of Appeals No. 278172.

PATULSKI V THOMPSON, Nos. 137876 and 137877; Court of Appeals Nos. 278944 and 280033.

PEOPLE V COOLEY, No. 137878; Court of Appeals No. 278574.